```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                      WESTERN DIVISION
```

NICHOLAS SAUCIER and
JASON SAUCIER                                              PLAINTIFFS

VS.                            CIVIL ACTION NO. 5:08-cv-151(DCB)(JMR)

BRIDGESTONE/FIRESTONE NORTH
AMERICAN TIRE, L.L.C. f/k/a
BRIDGESTONE/FIRESTONE, INC., et al.                        DEFENDANTS

                              ORDER

This cause is before the Court on the plaintiffs' Notice of Dismissal **(docket entry 35)**, to which no objection has been filed by the defendants. Accordingly,

IT IS HEREBY ORDERED that defendants Bridgestone Americas Holding, Inc.; and Bridgestone/Firestone, Inc., are dismissed from this action without prejudice.

SO ORDERED, this the 15th day of October, 2008.

                                    /s/ David Bramlette
                                    UNITED STATES DISTRICT JUDGE