IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

NICHOLAS SAUCIER and JASON SAUCIER                                   PLAINTIFFS

VERSUS                                             CIVIL ACTION NO. <u>5:08-CV-151-DCB-JMR</u>

BRIDGESTONE/FIRESTONE NORTH AMERICAN
TIRE, L.L.C. f/k/a BRIDGESTONE/FIRESTONE, INC.;
MAZDA MOTOR OF AMERICA, INC.; and
FORD MOTOR COMPANY                                              DEFENDANTS

## ORDER GRANTING PARTIAL SUMMARY JUDGMENT

Motions for Partial Summary Judgment filed by Ford Motor Company (Ford) and Mazda Motor of America, Inc. (Mazda) (**Docs. 50, 57**) on the Plaintiffs' breach of warranty claim (First Claim) and Magnuson-Moss Warranty Act claim (Second Claim) are before the Court. The motions raise the statute of limitations as a defense. The Plaintiffs have notified the Court that they do not oppose the motions.

**IT IS, THEREFORE, ORDERED that:**

1. Ford's and Mazda's Motion for Partial Summary Judgment (**Doc. 50**) on the Plaintiffs' breach of warranty claim (First Claim) and Motion for Partial Summary Judgment (**Doc. 57**) on the Magnuson-Moss Warranty Act claim (Second Claim) are granted.

2. Ford and Mazda are granted partial summary judgment on the Plaintiffs' breach of warranty claim (First Claim) and Magnuson-Moss Warranty Act claim (Second Claim) because the claims are barred by the statute of limitations.

3. The Plaintiffs' other claims remain pending.

SO ORDERED, this the <u>16th</u> day of <u>December</u>, 2008.

                                                       <u>s/ David Bramlette</u>
                                                     **UNITED STATES DISTRICT JUDGE**

**Submitted by:**

| | |
|---|---|
| **Wynn E. Clark**<br>2510 16th Street<br>Gulfport, MS 39501<br>(228) 575-9996 (Office)<br>(228) 575-9030 (Fax)<br>Miss. Bar No. 6279<br>E-Mail: wynnclark@bellsouth.net | **Paul V. Cassisa, Jr.**<br>P. O. Box 1138<br>Oxford, MS 38655<br>(662) 234-7236 (Office)<br>Miss. Bar No. 5921<br>E-Mail: cassisa@dixie-net.com |